DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WATERSIDE AT BOCA TRAIL COMMUNITY ASSOCIATION, INC.,**
Appellant,

v.

**JAMES HAYNES** and **BETTY HAYNES; LISA PUZZUTIELLO, DAVID WEINSTEIN; ANNE D. ZUCKERMAN, THE MICHELLE ROHER FAMILY TRUST,** and **RICHARD** and **PAULA MEADE,**
Appellees.

No. 4D2025-0514

[December 31, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502023CA016547.

Jeremy Dicker of Sachs Sax Caplan, Boca Raton, for appellant.

P. Benjamin Zuckerman and Maxwell Sawyer of Berger Singerman LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***